IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO. 8:25-867 |
| ) | 8 U.S.C. § 1326(a) |
| vs. ) | |
| ) | |
| DANIEL RODRIGUEZ-ARELLANO ) | |
| ) | INDICTMENT |

THE GRAND JURY CHARGES:

That on or about June 18, 2025, in the District of South Carolina, the Defendant, DANIEL RODRIGUEZ-ARELLANO, an alien who had previously been deported from the United States, thereafter knowingly and unlawfully did enter and was found in the United States, not having obtained the express consent of the Attorney General of the United States or her successor, the Secretary for Homeland Security, to reapply for admission thereto;

In violation of Title 8, United States Code, Section 1326(a).

A TRUE Bill

FOREPERSON

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: /s/ Max B. Cauthen
Max B. Cauthen, III (Fed. ID # 06732)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.: 864-268-2100
Email: Max.Cauthen@usdoj.gov

JUL 8 2025 PM 2:00
RCV'D - USDC G'VILLE SC